1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

SAN DIEGO HOUSING COMMISSION,

CASE NO. 16cv2759-LAB (AGS)

12

Plaintiff,

**ORDER OF REMAND**

vs.

13

PHYLLIS RANSOM,

14

Defendant.

15
16

    San Diego Housing Commission sued Phyllis Ransom for failing to pay rent in

17

California state court.  Ransom's removal is improper because the Court lacks jurisdiction

18

to hear the dispute. The Housing Commission hasn't brought a claim "arising under" the

19

Constitution or laws of the United States. 28 U.S.C. § 1331. And the dispute isn't between

20

citizens of different states for more than $75,000. *Id.* § 1332. Ransom's argument that

21

jurisdiction exists because her defenses depend on federal law violates the well-pleaded

22

complaint rule. *See Nashville R. Co. v. Mottley*, 211 U.S. 149 (1908).

    **IT IS SO ORDERED**.

23
24

DATED:  November 16, 2016

25
26

*Larry A. Burns*

**HONORABLE LARRY ALAN Burns**
United States District Judge

27
28

16cv2759